1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CENTER FOR BIOLOGICAL                  Case No. 1:25-cv-00140-KES-CDB
     DIVERSITY, *et al.*,
12                                          ORDER ON STIPULATION EXTENDING
                                            TIME FOR DEFENDANTS CHEVRON
                   Plaintiffs,              U.S.A. INC. AND HOLMES WESTERN OIL
13                                          CORP. TO RESPOND TO COMPLAINT
           v.
14                                          (Doc. 21)
     U.S. BUREAU OF LAND
15   MANAGEMENT, *et al.*,                  ORDER CONTINUING MAY 5, 2025,
                                            SCHEDULING CONFERENCE TO MAY 12,
16                 Defendants.              2025, AT 9:30 AM

17

18          On February 4, 2025, Plaintiffs Center for Biological Diversity, The Wilderness

19   Society, Friends of the Earth, Sierra Club, and Central California Asthma Collective

20   (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants

21   U.S. Bureau of Land Management ("BLM"), the BLM Field Manager, Douglas Burgum in his

22   capacity as Secretary of the U.S. Department of the Interior, Joseph Stout in his capacity as

23   California State Director of BLM, and John Hodges in his capacity as the Assistant Field

24   Manager of Minerals of BLM (collectively, "Federal Defendants"), and organizational

25   Defendants Holmes Western Oil Corporation ("Holmes") and Chevron U.S.A Incorporated

26   ("Chevron").  (Doc. 1).

27          Pending before the Court is the parties' stipulated request to extend until April 25, 2025,

28   the deadline for Defendants Holmes and Chevron to respond to the complaint, filed on March

6, 2025.  (Doc. 21).  The parties represent that the requested extension aims to align the responsive pleading deadline for Defendants Holmes and Chevron with that of the Federal Defendants.  (Doc. 21-1).  The parties represent the current deadline for Chevron and Holmes to respond to the complaint is March 12, 2025.  (Doc. 21 ¶ 3).  The parties represent that no previous extensions have been requested in this matter and the stipulation is made without prejudice to any Defendants' rights to assert any and all available defenses.  (*Id.* ¶¶ 5, 6).

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants Holmes and Chevron shall file have up to and including April 25, 2025, to file a responsive pleading to the complaint; and

2. The scheduling conference set for 5/5/2025 (Doc. 4) is CONTINUED to 5/12/2025 at 9:30 AM to permit the pleadings to settle and enable the parties to confer and file a joint scheduling report (*see id.*).

IT IS SO ORDERED.

Dated:  **March 7, 2025**

_____
UNITED STATES MAGISTRATE JUDGE