**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Old Case No. 1:25-cv-00140 KES CDB<br>New Case No. 1:25-cv-00140 JLT CDB |
| Plaintiffs, | |
| v. | ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE |
| U.S. BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | |

Pursuant to Local Rule 123, the Court finds that the above-captioned action is related under this Court's Local Rule 123 to the following matter: *Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*, No. CV-00938 JLT CDB (E.D. Cal., filed June 22, 2023). The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///

///

///

1   Based on good cause, this Court **ORDERS** that the above-captioned action be reassigned to U.S. District Judge Jennifer L. Thurston.  The case will remain assigned to U.S. Magistrate Judge Christopher D. Baker.  Going forward, all documents shall bear the new case number:

**1:25-cv-00140 JLT CDB**

IT IS SO ORDERED.

Dated:   **April 25, 2025**                                        _____
                                                                                      UNITED STATES DISTRICT JUDGE

2