1  MICHELLE GHAFAR (CA Bar No. 315842)
2  (Designated as counsel for service)
   Earthjustice
3  180 Steuart Street, #194330
   San Francisco, CA 94105
4  Tel: (415) 217-2186 / Fax: (415) 217-2040

5  ANDRIA H. SO (CA Bar No. 341595)
   707 Wilshire Boulevard, Suite 4300
6  Los Angeles, CA 90017
7  Tel: (415) 217-2000 / Fax: (415) 217-2040

8  ELIZABETH B. FORSYTH (CA Bar No. 288311)
9  eforsyth@earthjustice.org
   Earthjustice
10 810 Third Avenue, Suite 610
   Seattle, WA 98104
11 Tel: (206) 531-0841 / Fax: (206) 343-1526

12 *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | No. 1:25-cv-00140-JLT-CDB<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND MOTION TO DISMISS BRIEFING DEADLINES AND [PROPOSED] ORDER** |

# MOTION FOR ADMINISTRATIVE RELIEF

Defendants filed motions to dismiss in this case on April 25, 2025 (ECF Nos. 24, 25), and Federal Defendants filed a request for judicial notice the same day (ECF No. 24-3). Pursuant to Local Rule 233, the Parties hereby stipulate that Plaintiffs' response to the pending motions to dismiss and Federal Defendants' request for judicial notice shall be filed by May 23, 2025, and that Plaintiffs shall file a single combined response of no more than 50 pages. The Parties agree that Defendants' replies in support of their motions to dismiss shall be filed by June 6, 2025.

Respectfully submitted,

DATED: May 7, 2025        By:    */s/ Elizabeth B. Forsyth*
                                 ELIZABETH B. FORSYTH

                                 *Counsel for Plaintiffs*

DATED: May 7, 2025        By:    */s/ Sean Marotta*
                                 SEAN MAROTTA

                                 *Counsel for Defendant Chevron U.S.A. Inc.*

DATED: May 7, 2025        By:    */s/ Tracy K. Hunckler*
                                 TRACY K. HUNCKLER

                                 *Counsel for Defendant Holmes Western Oil Corporation*

DATED: May 7, 2025               ADAM R.F. GUSTAFSON
                                 Acting Assistant Attorney General
                                 U.S. Department of Justice
                                 Environment and Natural Resources Division

                          By:    */s/ Dustin J. Weisman*
                                 DUSTIN J. WEISMAN
                                 Natural Resources Section
                                 ALEX J. HARDEE
                                 Environmental Defense Section

                                 *Counsel for Federal Defendants*

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED. Plaintiffs' response to the pending motions to dismiss and Federal Defendants' request for judicial notice shall be filed by May 23, 2025. Plaintiffs shall file a single combined response of no more than 50 pages. Federal Defendants,' Chevron's, and Holmes Western's replies in support of their motions to dismiss shall be filed by June 6, 2025.

Dated: _____

Hon. Christopher D. Baker