UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-00140-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING MOTION TO DISMISS BRIEFING DEADLINES<br><br>(Doc. 33) |

      On February 4, 2025, Plaintiffs Center for Biological Diversity, The Wilderness Society, Friends of the Earth, Sierra Club, and Central California Asthma Collective (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants U.S. Bureau of Land Management ("BLM"), the BLM Field Manager, Douglas Burgum in his capacity as Secretary of the U.S. Department of the Interior, Joseph Stout in his capacity as California State Director of BLM, and John Hodges in his capacity as the Assistant Field Manager of Minerals of BLM (collectively, "Federal Defendants"), and organizational Defendants Holmes Western Oil Corporation ("Holmes") and Chevron U.S.A Incorporated ("Chevron").  (Doc. 1).

      On April 25, 2025, Federal Defendants and Defendants Chevron and Holmes filed separate motions to dismiss (Docs. 24, 25).

      Pending before the Court is the parties' stipulated request to modify the briefing schedule

on the pending motions to dismiss, filed on May 7, 2025. (Doc. 33). The parties represent they stipulate that "Plaintiffs' response to the pending motions to dismiss and [to] Federal Defendants' request for judicial notice shall be filed by May 23, 2025, and that Plaintiffs shall file a single combined response of no more than 50 pages." (*Id.* at 2). The parties further agree that Defendants' replies in support of their motions shall be filed by June 6, 2025. (*Id.*).

The Court finds good cause in the parties' stipulated representations to grant the stipulated request.

The parties are admonished to be as concise as possible in their briefings to the pending motions to dismiss.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Plaintiffs shall file a combined response of no more than 50 pages to the pending motions to dismiss and Federal Defendants' request for judicial notice by no later than **May 23, 2025**; and

2. Defendants shall file any optional replies by no later than **June 6, 2025**.

IT IS SO ORDERED.

Dated:   **May 8, 2025**                                     _____
                                                             UNITED STATES MAGISTRATE JUDGE

2